AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

RECEIVED
2019 MAR 22  PM 12: 00
U.S. MARSHALS SERVICE
Southern District of Iowa

United States of America
v.
CORNELIUS NEAL POPE

)
)
)
)
)
)
)

Case No.   4:19-MJ-170

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   CORNELIUS NEAL POPE,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846, 841(b)(1)(C) - Conspiracy to distribute controlled substances

Date:   03/22/2019

*Issuing officer's signature*

City and state:   Des Moines, Iowa

Helen C. Adams, Chief United States Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 3/22/19, and the person was arrested on *(date)* 3/27/19
at *(city and state)* Des Moines, IA.

Date: 3/27/19

*Arresting officer's signature*

FBI SA Jason Soo
*Printed name and title*